1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Deverie J. Christensen (NV Bar #6596)
Deverie.Christensen@jacksonlewis.com
Phillip C. Thompson (NV Bar #12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile:  (702) 921-2461

RENÉ E. THORNE (*pro hac vice Pending*)
Rene.Thorne@jacksonlewis.com
HOWARD SHAPIRO (*pro hac vice Pending*)
Howard.Shapiro@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:    (504) 208-1755
Facsimile:    (504) 208-1759
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

ROBERT CEVASCO, on behalf of Allegiant 401(k) Retirement Plan, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ALLEGIANT TRAVEL COMPANY

Defendant.

**CASE NO.: 2:22-cv-01741-JAD-EJY**

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED BRIEFING SCHEDULE**

**(FIRST REQUEST)**
ECF No. 6

IT IS HEREBY STIPULATED by and between Defendant, Allegiant Travel Company, and Plaintiff Robert Cevasco, by and through their respective counsel, to extend the deadline for Defendant to respond to Plaintiff's Complaint (ECF No. 1) and set a briefing schedule for Defendant's anticipated motion to dismiss, Plaintiff's opposition, and Defendant's reply. This Stipulation is submitted and based upon the following:

-1-

On October 17, 2022, Plaintiffs filed a Class Action Complaint (ECF No. 1) and served Defendant on October 26, 2022, making Defendant's responsive pleading in this class action case due on November 16, 2022.

Given the complexity of the case, the parties agreed jointly to request an extension of Defendant's pleading deadline by 60 days, through and including January 13, 2023.

Moreover, after consultations among the Parties, Defendant will file a Motion to Dismiss. Thus, the Parties have stipulated to and request the Court approve the following briefing schedule:

**PROPOSED SCHEDULE**

1.      January 13, 2023 – Deadline for Defendant to file responsive pleadings.

2.      January 13, 2023 – Deadline for Defendant to file its Motion to Dismiss.

3.      January 27, 2023 – Deadline for Plaintiffs to file a Response (Opposition) to Motion to Dismiss.

4.      February 17, 2023 – Deadline for Defendant to file a Reply in Support of Motion to Dismiss.

This is the first request for an extension of time for Defendant to file a response to Plaintiffs' Complaint and to set a briefing schedule on Defendant's anticipated motion to dismiss.

This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be

2   construed as waiving any claim or defense held by any party hereto.

3       Dated: November 14, 2022

4

*/s/ Deverie J. Christensen*

Deverie J. Christensen (NV Bar #6596)
Deverie.Christensen@jacksonlewis.com
Phillip C. Thompson (NV Bar #12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

René E. Thorne (*Pro Hac Vice* Pending)
René.Thorne@jacksonlewis.com
Howard Shapiro (*Pro Hac Vice* Pending)
Howard.Shapiro@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130

**COUNSEL FOR DEFENDANT**

*/s/ Michael Kind*

Michael Kind, Esq. (NV Bar #13903)
MK@KindLaw.com
**KIND LAW**
8860 S. Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

Brandon J. Hill (*pro hac vice* Pending)
BHill@WFCLaw.com
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602

Eric Lechtzin (*pro hac vice* Pending)
ELechtzin@edelson-law.com
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite. 205
Newton, PA 18940

Michael C McKay (*pro hac vice* Pending)
McKay@McLay.Law
**MCKAY LAW, LLC**
5635 North Scottsdale Road, Suite 170
Scottsdale, AZ 85250

**COUNSEL FOR PLAINTIFFS**

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: <u>11-14-22</u>

4858-7170-5918, v. 1

-3-