Brandon J. Hill (FL Bar #37061)
Luis A. Cabassa (FL Bar#53643)
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
Main Number: 813-224-0431
Fax Number: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ROBERT CEVASCO, ON BEHALF OF ALLEGIANT (401K) RETIREMENT PLAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ALLEGIANT TRAVEL COMPANY,**<br><br>**Defendant** | Case No.: 2:22-cv-01741-JAD-EJY<br><br>**ORDER GRANTING REQUEST TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>ECF Nos. 71, 74 |

Plaintiff, Robert Cevasco, on behalf of Allegiant (401k) Retirement Plan, individually and on behalf of all others similarly situated, and Defendant, Allegiant Travel Company, (together the "Parties"), by and through their respective counsel, hereby notify the Court that the Parties have reached a settlement in principle and are currently in the process of memorializing their agreement.

The Parties request that the Court stay all pending deadlines, including but not limited to Plaintiff's July 5, 2024, deadline to respond to Defendant's Motion for Protective Order (ECF No. 71). The Parties further request that the Court issue an order setting August 2, 2024, as Plaintiff's deadline to file their Motion for Preliminary Approval.

Dated this 3rd day of July, 2024.

Respectfully submitted,

/s/ Michael Kind
Michael Kind, Esq.
KIND LAW
8860 S. Maryland Parkway, Suite 106
Las Vegas, Nevada
Telephone: (702) 337-2322
Email: mk@kindlaw.com

BRANDON J. HILL (pro hac vice)
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
LUIS A. CABASSA (pro hac vice)
Florida Bar Number: 053643
Direct No.: 813-379-2565
AMANDA E. HEYSTEK (pro hac vice)
Florida Bar Number: 0285020
Direct Dial: 813-379-2560
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com
Email: gdesane@wfclaw.com

Michael C. McKay, Esq. (pro hac vice)
MCKAY LAW, LLC
5635 North Scottsdale Road, Suite 170
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Email: mckay@mckay.law

/s/ Rene E. Thorne
René E. Thorne (Admitted Pro Hac Vice)
Rene.Thorne@jacksonlewis.com
Howard Shapiro (Admitted Pro Hac Vice)
Howard.Shapiro@jacksonlewis.com
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Deverie J. Christensen (NV Bar #6596)
Deverie.Christensen@jacksonlewis.com
Phillip C. Thompson (NV Bar #12114)
Phillip.Thompson@jacksonlewis.com
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
COUNSEL FOR DEFENDANT

## ORDER

As the parties have indicated that they have reached a settlement in principle, IT IS ORDERED that **the request to stay and set deadlines [ECF No. 74] is GRANTED; plaintiffs have until August 2, 2024, to file their motion for preliminary approval; all other deadlines are stayed; and the motion for protective order [ECF No. 71] is DENIED** without prejudice to its prompt refiling should this settlement not be completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 11, 2024