Deverie J. Christensen (NV Bar #6596)
Deverie.Christensen@jacksonlewis.com
Phillip C. Thompson (NV Bar #12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

René E. Thorne (Admitted *Pro Hac Vice*)
Rene.Thorne@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT CEVASCO, JACK JONES, PATRICK JACKSON, and PAUL RADVANSKY on behalf of Allegiant 401(k) Retirement Plan, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEGIANT TRAVEL COMPANY<br><br>Defendant. | **CASE NO.: 2:22-cv-01741-JAD-DJA**<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTON FOR PRELIMINARY APPROVAL**<br>**(Second Request)**<br><br>ECF No. 78 |

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and this Court's Order Granting the Parties' Request to Set Deadline to File Motion for Preliminary Approval (Doc. 75), Plaintiffs, Robert Cevasco, Jack Jones, Patrick Jackson, and Paul Radvansky, on behalf of The Allegiant 401(k) Retirement Plan, individually and on behalf of all others similarly situated, and Defendant, Allegiant Travel Company (together the "Parties"), by and through their respective counsel, hereby move for a brief one (1) week extension of time to file Plaintiffs' Unopposed Motion for Preliminary Approval. In support of this Motion, the Parties state as follows:

1. On July 3, 2024, the parties filed a Notice of Settlement and Request to Set Deadline to File Motion for Preliminary Approval ("Notice of Settlement"). (Doc. 74).

2. Through the Notice of Settlement, the Parties advised this Court that they "have reached a settlement in principle and are currently in the process of memorializing their agreement." (Doc. 74).

3. On July 11, 2024, this Court subsequently entered its Order granting the Parties' Request to Set Deadline to File Motion for Preliminary Approval (Doc. 75), wherein this Court Ordered that the Parties shall file their Motion for Preliminary Approval by August 2, 2024.

4. On August 2, 2024 the Parties requested a two (2) week extension of time to complete the settlement process. (Doc. 76).

5. The Court granted the Parties request extending the deadline for filing the motion for preliminary approval to August 16, 2024. (Doc. 77).

6. The Parties are working diligently to finalize the memorialization of the settlement agreement. Defendant believes it needs to obtain information from a third party before Defendant can sign the settlement agreement. Plaintiffs cannot file their anticipated Motion for Preliminary Approval until the settlement agreement is signed.

7. Accordingly, the Parties are in need of a brief one (1) week extension of time to complete this process so that Defendant can complete its communications with the third party.

8. The granting of this Motion will not prejudice any party, as the Parties both agreed to and file this Motion jointly.

9. This extension is being sought in good faith and not for delay or any other improper purpose.

**MEMORANDUM OF LAW**

The Court should grant this Joint Motion and extend the deadline to file a Motion for Preliminary Approval of the settlement, as requested herein. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "A schedule may be modified only for good cause and with the judge's consent." The Ninth Circuit has found that "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*,

624 F.3d 1253, 1259 (9th Cir. 2010).

Here, good cause exists to grant this brief extension of time to file a Motion for Preliminary Approval, as the Parties are endeavoring to finalize the memorialization of the settlement agreement and anticipate the ability to do so within the next week. The brief one (1) week extension will allow the Parties time to confer and complete this finalization, so that they can file the Motion for Preliminary Approval in a timely manner.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order granting this Joint Motion for Extension of Time to File Motion for Preliminary Approval, as requested herein, making the new deadline August 23, 2024.

Dated: August 16, 2024

| | |
|---|---|
| */s/ Michael McKay* <br> Michael C. McKay (*Pro Hac Vice*) <br> **MCKAY LAW, LLC** <br> 5635 North Scottsdale Road, Suite 170 <br> Scottsdale, Arizona 85250 <br> Telephone: (480) 681-7000 <br> McKay@McKayLaw.com <br><br> **WENZEL FENTON CABASSA, P.A.** <br> Brandon J. Hill (*Pro Hac Vice*) <br> BHill@wfclaw.com <br> Luis A. Cabassa (*Pro Hac Vice*) <br> LCabassa@wfclaw.com <br> Amanda E. Heystek (*Pro Hac Vice*) <br> AHeystek@wfclaw.com <br> 1110 N. Florida Avenue, Suite 300 <br> Tampa, Florida 33602 <br> Telephone: (813) 229-8710 <br><br> Michael Kind (*Pro Hac Vice*) <br> MK@KindLaw.com <br> **KIND LAW** <br> 8860 S. Maryland Parkway, Suite 106 <br> Las Vegas, Nevada <br> Telephone: (702) 337-2311 | **JACKSON LEWIS P.C.** <br><br> */s/ René E. Thorne* <br> René E. Thorne (*Pro Hac Vice*) <br> Rene.Thorne@jacksonlewis.com <br> 601 Poydras Street, Suite 1400 <br> New Orleans, Louisiana 70130 <br> Telephone: (504) 208-1755 <br><br> Deverie J. Christensen (NV Bar #6596) <br> Deverie.Christensen@jacksonlewis.com <br> Phillip C. Thompson (NV Bar #12114) <br> Phillip.Thompson@jacksonlewis.com <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> Telephone: (913) 982-5759 <br><br> **COUNSEL FOR DEFENDANT** <br><br> **With good cause appearing, IT IS ORDERED that the motion to extend time [ECF No. 78] is GRANTED, extending the deadline to 8/23/24.** <br><br> _____ <br> U.S. District Judge Jennifer A. Dorsey <br> Dated: 8/20/24 *nunc pro tunc* to 8/16/24 |